ACCEPTED
03-17-00661-CR
21325954
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2017 4:42 PM
JEFFREY D. KYLE
CLERK

NO. 03-17-00661-CR

## THE THIRD SUPREME JUDICIAL DISTRICT
## COURT OF APPEALS AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/15/2017 4:42:55 PM
JEFFREY D. KYLE
Clerk

| | |
|---|---|
| **AUSTIN RAY CARPENTER** | § |
| **APPELLANT** | § |
| **VS.** | § |
| | § |
| **THE STATE OF TEXAS** | § |
| **APPELLEE** | § |

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF**
**THE THIRD SUPREME JUDICIAL DISTRICT:**

COMES NOW, AUSTIN RAY CARPENTER, Appellant, by and through his Attorney, Rudy Taylor, and files this Motion for Extension of Time to File Brief. In support of this motion, the Appellant shows the Court the following:

### I.
### Deadline for Filing Appellant's Brief

The 119th Judicial District Court Reporter, April Drake, filed the record in this case on 11/15/17. Appellant's Brief is due 12/15/17.

### II.
### Length of Extension Sought

Appellant requests an extension of 30 days.

### III.
### Need for Extension

Appellee's request for an extension is based on the following facts:

Due to personal illness, court appearances, several trial preparations, and two bench trials, Appellant has had insufficient time to prepare said brief.

## IV.
## Previous Appellant Extensions

There have been no prior Appellant extensions in this appeal.

**Wherefore, Premises Considered**, Appellant prays the Court grant this motion and extend the deadline for a period of thirty (30) days.

Respectfully Submitted,

Rudy Taylor Law
PO Box 1045
Eden, Texas 76837
512-387-2065
866-332-2599 (fax)
rudytaylorlaw@gmail.com

BY:_ /S/ Rudy Taylor
Rudy Taylor
State Bar No. 24039498
ATTORNEY FOR APPELLANT

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Appellee's First Motion for Extension of Time to File Brief was emailed to Stacey M. Soule, Attorney for the Appellee, at PO Box 13046, Austin, Texas 78711-3046 on this the 15th day of December, 2017.

/S/ Rudy Taylor
Rudy Taylor